Attorney(s)    Law Offices of Ahmad Keshavarz
Index #        **1:18-CV-06936 DLI-RER**
Purchased/Filed: December 12, 2018
State of New York
Court:         U. S. District
County:        Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Issac Levy

against

Platinum Financial Services Corp LLC et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 yrs
Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White
Hair color: Brown   Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on December 21, 2018, at 1:55 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons in A Civil Action & Complaint

on

**Capital Process Servers Inc**

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

21st day of December 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette
**Invoice·Work Order #** 1838954
Attorney File # **Levy**