B&N File # 14519.5MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK (Brooklyn)

======================================= :
:
**ISAAC LEVY,**          : 1: 18-cv-06936 (DLI)-(RER)
:
   Plaintiff          :
:
 vs.          :
:
**PLATINUM FINANCIAL SERVICES**    :
**CORP. LLC, SELIP & STYLIANOU, LLP**  :
**flk/a COHEN & SLAMOWITZ, LLP,**   :
**CAPITAL PROCESS SERVERS, INC.,**   :
**GERALD K. MURRAY,**         :
**PALISADES COLLECTIONS, LLC**    :
**HOUSLANGER & ASSOCIATES, PLLC, and** :
**TODD HOUSLANGER,**          :
:
   Defendant**s**          :
:
======================================= :

**Rule 7.1 Corporate Disclosure Statement**

Palisades Collection, LLC. herein states that its parent company is

Asta Funding, Inc which is a publicly held corporation. .

Dated:  February 21, 2019            **Barron & Newburger, P.C.**

                                                _____*s/Mitchell L. Williamson*__
                                                Mitchell L. Williamson, Esq.
                                                458 Elizabeth Ave - Suite 5371
                                                Somerset, N.J. 08873
                                                Phone: (732) 328-9480
                                                mwilliamson@bn-lawyers.com
                                                **Attorneys for Defendant,**
                                                **Palisades Collection, LLC**