UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ISAAC LEVY,

                     Plaintiff,

     -against-

PLATINUM FINANCIAL SERVICES CORP. LLC,
SELIP & STYLIANOU, LLP f/k/a COHEN &
SLAMOWITZ, LLP, CAPITAL PROCESS
SERVERS, INC., GERALD K. MURRAY,
PALISADES COLLECTIONS, LLC, HOUSLANGER
AND ASSOCIATES, PLLC, and TODD
HOUSLANGER

                     Defendants.
------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

Case No: 1:18-cv-06936

**To the Clerk of this Court and all parties of record:**

    Please enter my appearance as counsel in this case for:

        1.    Capital Process Servers, Inc.

    I certify that I am admitted to practice in this Court.

Dated: Elmsford, New York
         June 7, 2019

                                                       _/s/_ *Kaitlyn P. Long*_____
                                                         Kaitlyn P. Long, Esq.

                                                         **MARKS, O'NEILL, O'BRIEN,
                                                         DOHERTY & KELLY, P.C.**
                                                         Attorneys for Defendant
                                                         **CAPITAL PROCESS SERVERS, INC.**
                                                         530 Saw Mill River Road
                                                         Elmsford, New York 10523
                                                        Telephone: (914) 345-3701
                                                        Fax: (914) 345-3743
                                                        E-mail:  klong@moodklaw.com
                                                        File No.: 566.106057

{NY452879.1}

## **CERTIFICATE OF SERVICE**

I, Kaitlyn P. Long, hereby certify that on June 7, 2019, the foregoing Appearance of Counsel was served via the Court's ECF system on all counsel of record.


       /s/ *Kaitlyn P. Long*
Kaitlyn P. Long, Esq.

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
Attorneys for Defendant
**CAPITAL PROCESS SERVERS, INC.**
530 Saw Mill River Road
Elmsford, New York 10523
Telephone: (914) 345-3701
Fax: (914) 345-3743
E-mail:  klong@moodklaw.com
File No.: 566.106057